IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company, ) | Case No.: 7:12-cv-00239-D |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Intercoastal Contracting Company, Inc. ) | **ENTRY OF DEFAULT AS TO** |
| (formerly known as Intercoastal Diving ) | **S & D ENTERPRISES OF** |
| Company, Inc.); S & D Enterprises of ) | **WILMINGTON, LLC AND D&S** |
| Wilmington, LLC; D&S Enterprises, LLC; H. ) | **ENTERPRISES, LLC** |
| Stanley Rudd; Donn S. Evans; and, Melissa ) | |
| Evans, ) | |
| ) | |
| Defendants. ) | |

THIS MOTION comes before the Court on the Motion of Plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual") for an Entry of Default pursuant to Fed. R. Civ. P. 55. Based on the pleadings of Record, IT APPEARS that the time within which Defendants S & D Enterprises of Wilmington, LLC, and D&S Enterprises, LLC may answer the Complaint has expired without said Defendants having filed an Answer or other responsive pleading.

WHEREFORE, Defendants S & D Enterprises of Wilmington, LLC, and D&S Enterprises, LLC, having been shown to be in default, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and the ministerial duties as Clerk of Court for the United States District Court for the Eastern District of North Carolina, default against the above-named defendants has been entered. Said Entries of Default are hereby acknowledged by the signature of the Clerk of Court found below.

_Julie A. Richards_
Clerk of Court

September 26, 2013