IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company, | ) Case No.: 7:12-cv-00239-D |
| Plaintiff, | ) |
| v. | ) |
| Intercoastal Contracting Company, Inc. (formerly known as Intercoastal Diving Company, Inc.); S & D Enterprises of Wilmington, LLC; D&S Enterprises, LLC; H. Stanley Rudd; Donn S. Evans; and, Melissa Evans, | ) **ORDER OF DEFAULT JUDGMENT AS TO S & D ENTERPRISES OF WILMINGTON, LLC AND D&S ENTERPRISES, LLC** |
| Defendants. | ) |

THIS MOTION comes before the Court on the Motion of Plaintiff, Liberty Mutual Insurance Company ("Liberty") for an Order of Default Judgment pursuant to Fed. R. Civ. P. 55(b). Based on the pleadings of Record and the Affidavit of Amount Due that accompanied the Motion, IT APPEARS that Liberty's claim is for a sum certain, and that Liberty's Motion should be and therefore is GRANTED.

WHEREFORE, Defendants S & D Enterprises of Wilmington, LLC, and D&S Enterprises, LLC, having previously been shown to be in default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and pursuant and the ministerial duties as Clerk of Court for the United States District Court for the Eastern District of North Carolina, judgment is hereby ordered against the above-named defendants in the amount of $6,707,933.00.

SO ORDERED. This **8** day of January 2014.

JAMES C. DEVER III
Chief United States District Judge