IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-239-D

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER** |
| INTERCOASTAL CONTRACTING COMPANY, INC., et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

On August 31, 2012, defendant Intercoastal Contracting Company, Inc., filed a notice of bankruptcy filing [D.E. 7] in this court. On December 4, 2012, defendant H. Stanley Rudd filed a notice of bankruptcy filing [D.E. 23] in this court. Pursuant to 11 U.S.C. § 362, the action in this court is STAYED pending resolution of the bankruptcy case. Parties shall notify the court within 14 days of settlement or resolution of the bankruptcy case.

Not later than June 19, 2015, the parties shall file a joint statement updating the court on the status of this case, the status of the bankruptcy proceedings, and advise the court of the status of settlement negotiations.

SO ORDERED. This _3_ day of June 2014.

JAMES C. DEVER III
Chief United States District Judge