IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Liberty Mutual Insurance Company, | Case No.: 7:12-CV-00239-D |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| Intercoastal Contracting Company, Inc. (formerly known as Intercoastal Diving Company, Inc.); et al., | |
| Defendants. | |

WHEREAS, Plaintiff Liberty Mutual Insurance Company ("Liberty Mutual") by and through its counsel, has moved this Court to dismiss all claims pled against Defendants Intercoastal Contracting Company, Inc. (f/k/a Intercoastal Diving Company, Inc.), H. Stanley Rudd, Donn S. Evans, and Melissa Evans without prejudice.

THEREFORE, for good cause shown, the Court hereby dismisses this case without prejudice.

SO ORDERED. This __24__ day of March 2018.

JAMES C. DEVER III
Chief United States District Judge